IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JONATHAN M. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1048 |
| | ) | Judge Trauger |
| NASHVILLE GENERAL HOSPITAL AT | ) | Magistrate Judge Brown |
| MEHARRY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# O R D E R

On June 16, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 6), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's HIPAA claims are **DISMISSED WITH PREJUDICE**, and his claims of medical malpractice and negligence are **DISMISSED WITHOUT PREJUDICE**. This Order shall constitute the final judgment in this action. Any appeal taken from this Order will not be certified as taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

It is so **ORDERED.**

Enter this 24th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge